### KRYPTOK CO. v. ROTHSCHILD.

(District Court, E. D. Pennsylvania. August 3, 1914.)

No. 1273.

In Equity. Suit by the Kryptok Company against Marcus Rothschild. On motion for preliminary injunction. Motion granted.

Horace Pettit, of Philadelphia, Pa., and Rosenbaum, Stockbridge & Borst, of New York City, for plaintiff.

Eugene A. Thompson and Howard P. Denison, both of Syracuse, N. Y., for defendant.

DICKINSON, District Judge. This case was argued with that of Same Plaintiff against Haussmann & Co., 216 Fed. 196, and a preliminary injunction is awarded herein for the reasons stated in the opinion filed in that case.

Counsel may submit a formal decree to this effect, and a bond to be given by the plaintiff in the sum of $10,000, with sureties. Writ to issue upon the decree and bond as filed being approved by the court.